J-A21019-21

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | : | |
| v. | : | |
| JEROME KING | : | No. 1812 EDA 2020 |

Appeal from the Order Entered August 25, 2020
In the Court of Common Pleas of Philadelphia County Criminal Division at
No(s):  CP-51-CR-0706191-2005

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | : | |
| v. | : | |
| ESHEEM HASKINS | : | No. 1813 EDA 2020 |

Appeal from the Order Entered August 25, 2020
In the Court of Common Pleas of Philadelphia County Criminal Division at
No(s):  CP-51-CR-0706192-2005

BEFORE:  KUNSELMAN, J., NICHOLS, J., and KING, J.

## **ORDER**

AND NOW, this 22nd day of November 2021, the Commonwealth's November 10, 2021 motion to publish memorandum decision pursuant to Pa.R.A.P. 3519(b) is GRANTED.  The Prothonotary is directed to withdraw the Memorandum filed on November 8, 2021.

PER CURIAM